# EXHIBIT A

**VIRGINIA:**

### IN THE WYTHE COUNTY CIRCUIT COURT

**JAMES EDWARD WORKMAN,**

    **Plaintiff,**

**v.**

**LHC GROUP, INC.,**

   **Serve:**    **Cogency Global, Inc.**
               **250 Browns Hill Ct.**
               **Midlothian, VA 23114**

    **Defendant.**

**Case No.**
```
VALIDATE CASE PAPERS
RCPT : 23000008261
DATE : 10/13/2023  TIME: 13:18
CASE : 197CL23001299-00
ACCT : WORKMAN, JAMES EDWARD
AMT. : $344.00
```

### **COMPLAINT**

COMES NOW, Plaintiff James Edward Workman, and files his complaint against Defendant LHC Group, Inc. ("LHC"), stating the following in support thereof:

### **I.  JURISDICTION AND PARTIES**

1. This court has jurisdiction over the subject matter of this case as it arises under Virginia law.

2. Mr. Workman is a resident of Wythe County, Virginia.

3. LHC is a Delaware Corporation authorized to do business in Virginia, with its principal office in Lafayette, Louisiana, and its registered agent located in Chesterfield County, Virginia.

4. LHC provides home healthcare and hospice services in 37 states, including Virginia.

5. LHC operates businesses in multiple Virginia localities including Danville, Martinsville, Roanoke, Fairfax County, Fauquier County, Carroll County, Wythe County, and Chesterfield County, among others.

6. LHC has availed itself of the jurisdiction of this Court.

7. The events that gave rise to this litigation occurred in Wytheville, Virginia.

8. Venue is permissible in this court under Va. Code 8.01-262.

## II. FACTS

9. Mr. Workman was hired as an account executive, connected to LHC's Wytheville office in June 2019.

10. As an account executive, Mr. Workman established relationships with health care providers and hospitals on behalf of LHC.

11. At the time of his wrongful termination from employment, Mr. Workman was compensated with a base salary of $60,000, plus commission and employee benefits, including a 401(k).

12. Mr. Workman worked in the Wytheville office, from his home in Wytheville, Virginia, and also from other remote locations.

13. Mr. Workman met or exceeded his employer's legitimate business expectations, always received positive performance reviews, and was never subject to disciplinary action. Mr. Workman was never placed on a performance review plan nor otherwise informed that he ever exhibited deficient work performance.

14. At all times relevant, Mr. Workman reported to Christina Buttrey, Area Vice President.

15. At all times relevant, Chaplain John Smith was an employee of LHC.

2

16. In the Summer of 2022, Mr. Workman attended a veterans' picnic sponsored by LHC. Employees of LHC were directed to attend this picnic. Numerous employees of LHC attended the picnic.

17. At the picnic, Mr. Workman observed Chaplain Smith's spouse making sexualized comments to one of the veteran guests. The comments were repeated, obscene, and of a sexualized harassing nature. The comments were clearly overheard by Mr. Workman and other employees of LHC.

18. Mr. Workman is not a lawyer, but recognized these repeated sexualized comments to violate both company policy and laws regarding harassment at the workplace and hostile work environments.

19. Mr. Workman reported this incident very shortly thereafter to his supervisor as he felt he had a legal and ethical obligation to do so.

20. Mr. Workman reported this incident verbally to Supervisor Tammy Hamilton at LHC Group Inc.

21. In-between the time that Mr. Workman reported this incident, Mr. Workman continued to perform all work-related duties at a high level of performance as he had always done.

22. Several weeks after he reported this issue, Mr. Workman was baselessly accused of being inappropriate in a videoconference. This was a false accusation.

23. According to LHC, Mr. Workman was terminated for this alleged incident in a videoconference that had occurred just after the summer of 2022.

24. Though the alleged videoconference incident occurred not long after Mr. Workman reported the sexualized incident in the summer to his supervisor, LHC

determined that Mr. Workman should be fired for this knowing false allegation in January of 2023.

25. Mr. Workman had never been provided any notice nor warning related to the alleged incident prior to the termination meeting in January of 2023.

26. LHC informed Mr. Workman that during an early-morning videoconference, Mr. Workman had appeared inappropriately on the video and this appearance was so detrimental to the workplace, that LHC had no choice but to fire Mr. Workman.

27. During the alleged videoconference, Mr. Workman's camera turned on and showed an image of Mr. Workman from the neck up to the face. Mr. Workman had yet to put on a shirt, but the brief and accidental activation of the camera never showed his bare torso nor any inappropriate image of Mr. Workman.

28. Mr. Workman denied ever appearing inappropriately on the videoconference and expressed dismay and surprise regarding his termination.

29. LHC's pretextual allegation against Mr. Workman was so slight an incident, that it did not violate any company policy.

30. Both the termination and the alleged incident occurred within close temporal proximity after Mr. Workman had reported a sexually charged hostile and harassing environment at a work function.

31. Mr. Workman's report of the sexualized environment was a protected activity under federal and state laws such as Title VII of the Civil Rights Act and the Virginia Human Rights Act, among others.

32. According to LHC's progressive discipline policy, Mr. Workman should have received a warning, prior to being terminated.

## COUNT I: RETALIATION IN VIOLATION OF VA CODE 40.1-27.3

33. Mr. Workman incorporates the foregoing paragraphs by reference as if fully stated herein.

34. LHC may not "discharge discipline, threaten, discriminate against, or penalize an employee, or take other regulatory action regarding an employee's compensation, terms, conditions, location, or privileges of employment, because the employee . . . reports a violation of any federal or state law or regulation to a supervisor . . ." Va. Code 40.1-27.3(A)(1).

35. When Mr. Workman reported to Supervisor Tammy Hamilton a sexually harassing environment fostered at a LHC event, he was reporting a violation of federal and state law.

36. Due to LCH's retaliatory conduct, Mr. Workman has suffered and will continue to suffer pecuniary loss, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, harm to professional reputation, and other non-pecuniary losses.

37. Pursuant to Virginia Code § 40.1-27.3, Mr. Workman is entitled to "(i) an injunction to restrain continued violation of this section, (ii) the reinstatement of employment, and (iii) compensation for lost wages, benefits, and other remuneration, together with interest thereon, as well as reasonable attorney fees and costs."

WHEREFORE, Plaintiff James Edward Workman demands judgment against Defendant LHC Group, Inc., for (i) an injunction to restrain continued violation of this section, (ii) the reinstatement of employment, and (iii) compensation for lost wages, benefits, and other remuneration, together with interest thereon, as well as reasonable attorney fees and costs, together with pre and post-judgment interest thereon, of FIVE

MILLION DOLLARS ($5,000,000.00) or such sum as may be shown by the evidence; and for such other and further relief as justice may require.

Trial by jury is demanded on all things upon which a trial may be demanded including the enforceability of an arbitration agreement.

                                              Respectfully submitted,

                                              **JAMES EDWARD WORKMAN**

                                              By /s/ *[signature]*

                                              Thomas E. Strelka, Esq. (VSB # 75488)
                                              STRELKA EMPLOYMENT LAW
                                              *Counsel for Plaintiff*

Thomas E. Strelka, Esq. (VSB # 75488)
L. Leigh Rhoads, Esq. (VSB # 73355)
Brittany M. Haddox, Esq. (VSB # 86416)
Monica L. Mroz, Esq. (VSB # 65766)
STRELKA EMPLOYMENT LAW
4227 Colonial Ave.
Roanoke, VA 24018
Tel: 540-283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
brittany@strelkalaw.com
monica@strelkalaw.com



| | |
|---|---|
| Thomas E. Strelka<br>thomas@strelkalaw.com | L. Leigh Rhoads<br>leigh@strelkalaw.com |
| Monica L. Mroz<br>monica@strelkalaw.com | Brittany M. Haddox<br>brittany@strelkalaw.com |

October 12, 2023

Honorable Jeremiah "Moe" Musser
Wythe County Circuit Court
225 South Fourth Street
Wytheville, VA 24382

**ATTN: Ashley**

Re: *James Edward Workman v. LHC Group, Inc.*

Dear Clerk,

Enclosed for filing please find the original and two copies of a Complaint in the matter referenced above. Also enclosed is a civil filing sheet and a filing fee check in the amount of Three Hundred Forty-Four Dollars ($344.00).

Please prepare the summons for service via private process to the defendant as indicated. If you will contact our office when the summons is ready, we will request that Proserv pick it up for service.

Lastly, please stamp the additional copy of the complaint "filed" and return it to our office in the enclosed self-addressed stamped envelope.

If you have any questions, please do not hesitate to contact me via email at *thomas@strelkalaw.com* or the main office number at (540) 283-0802. Thank you very much for your assistance.

Sincerely,

Thomas E. Strelka

TES/tm
Enclosures
cc:  L. Leigh Rhoads, Esq., via electronic mail at *leigh@strelkalaw.com*
     James Workman, via electronic mail
     Proserv, via electronic mail

# COVER SHEET FOR FILING CIVIL ACTIONS

Case No. ..........................................................

COMMONWEALTH OF VIRGINIA

(CLERK'S OFFICE USE ONLY)

................ WYTHE COUNTY ................................................................... Circuit Court

............ JAMES EDWARD WORKMAN .................... v./In re: ................ LHC GROUP, INC. ........................
PLAINTIFF(S)                                                                                                DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [X] attorney for [ ] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

**GENERAL CIVIL**
**Subsequent Actions**
  [ ] Claim Impleading Third Party Defendant
    [ ] Monetary Damages
    [ ] No Monetary Damages
  [ ] Counterclaim
    [ ] Monetary Damages
    [ ] No Monetary Damages
  [ ] Cross Claim
  [ ] Interpleader
  [ ] Reinstatement (other than divorce or driving privileges)
  [ ] Removal of Case to Federal Court
**Business & Contract**
  [ ] Attachment
  [ ] Confessed Judgment
  [ ] Contract Action
  [ ] Contract Specific Performance
  [ ] Detinue
  [ ] Garnishment
**Property**
  [ ] Annexation
  [ ] Condemnation
  [ ] Ejectment
  [ ] Encumber/Sell Real Estate
  [ ] Enforce Vendor's Lien
  [ ] Escheatment
  [ ] Establish Boundaries
  [ ] Landlord/Tenant
    [ ] Unlawful Detainer
  [ ] Mechanics Lien
  [ ] Partition
  [ ] Quiet Title
  [ ] Termination of Mineral Rights
**Tort**
  [ ] Asbestos Litigation
  [ ] Compromise Settlement
  [ ] Intentional Tort
  [ ] Medical Malpractice
  [ ] Motor Vehicle Tort
  [ ] Product Liability
  [ ] Wrongful Death
  [ ] Other General Tort Liability

**ADMINISTRATIVE LAW**
  [ ] Appeal/Judicial Review of Decision of (select one)
    [ ] ABC Board
    [ ] Board of Zoning
    [ ] Compensation Board
    [ ] DMV License Suspension
    [ ] Employee Grievance Decision
    [ ] Employment Commission
    [ ] Local Government
    [ ] Marine Resources Commission
    [ ] School Board
    [ ] Voter Registration
    [ ] Other Administrative Appeal

**DOMESTIC/FAMILY**
  [ ] Adoption
    [ ] Adoption – Foreign
  [ ] Adult Protection
  [ ] Annulment
    [ ] Annulment – Counterclaim/Responsive Pleading
  [ ] Child Abuse and Neglect – Unfounded Complaint
  [ ] Civil Contempt
  [ ] Divorce (select one)
    [ ] Complaint – Contested*
    [ ] Complaint – Uncontested*
    [ ] Counterclaim/Responsive Pleading
    [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
  [ ] Separate Maintenance
    [ ] Separate Maintenance Counterclaim

**WRITS**
  [ ] Certiorari
  [ ] Habeas Corpus
  [ ] Mandamus
  [ ] Prohibition
  [ ] Quo Warranto

**PROBATE/WILLS AND TRUSTS**
  [ ] Accounting
  [ ] Aid and Guidance
  [ ] Appointment (select one)
    [ ] Guardian/Conservator
    [ ] Standby Guardian/Conservator
    [ ] Custodian/Successor Custodian (UTMA)
  [ ] Trust (select one)
    [ ] Impress/Declare/Create
    [ ] Reformation
  [ ] Will (select one)
    [ ] Construe
    [ ] Contested

**MISCELLANEOUS**
  [ ] Amend Birth/Death Certificate
  [ ] Appointment (select one)
    [ ] Church Trustee
    [ ] Conservator of Peace
    [ ] Marriage Celebrant
  [ ] Approval of Transfer of Structured Settlement
  [ ] Bond Forfeiture Appeal
  [ ] Declaratory Judgment
  [ ] Declare Death
  [ ] Driving Privileges (select one)
    [ ] Reinstatement pursuant to § 46.2-427
    [ ] Restoration – Habitual Offender or 3rd Offense
  [ ] Expungement
  [ ] Firearms Rights – Restoration
  [ ] Forfeiture of Property or Money
  [ ] Freedom of Information
  [ ] Injunction
  [ ] Interdiction
  [ ] Interrogatory
  [ ] Judgment Lien-Bill to Enforce
  [ ] Law Enforcement/Public Official Petition
  [ ] Name Change
  [ ] Referendum Elections
  [ ] Sever Order
  [ ] Taxes (select one)
    [ ] Correct Erroneous State/Local
    [ ] Delinquent
  [ ] Vehicle Confiscation
  [ ] Voting Rights – Restoration
  [X] Other (please specify)
    Va. Code 40.1-27.3-Retaliation Complaint

[X] Damages in the amount of $ 5,000,000.00 are claimed.

DATE: 10/12/2023

[ ] PLAINTIFF   [ ] DEFENDANT   [X] ATTORNEY FOR   [X] PLAINTIFF   [ ] DEFENDANT

PRINT NAME: Thomas E. Strelka

ADDRESS/TELEPHONE NUMBER OF SIGNATOR: Strelka Employment Law, 4227 Colonial Avenue
Roanoke, VA 24018

EMAIL ADDRESS OF SIGNATOR (OPTIONAL): thomas@strelkalaw.com

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 02/23

## Civil Action Type Codes
### (Clerk's Office Use Only)

Accounting .................................................................. ACCT
Adoption ..................................................................... ADOP
Adoption – Foreign ..................................................... FORA
Adult Protection ......................................................... PROT
Aid and Guidance ....................................................... AID
Amend Birth/Death Certificate .................................. AVR
Annexation ................................................................. ANEX
Annulment .................................................................. ANUL
Annulment – Counterclaim/Responsive Pleading .. ACRP
Appeal/Judicial Review
    ABC Board ............................................................. ABC
    Board of Zoning .................................................... ZONE
    Compensation Board ........................................... ACOM
    DMV License Suspension ..................................... JR
    Employment Commission .................................... EMP
    Employment Grievance Decision ........................ GRV
    Local Government ................................................ GOVT
    Marine Resources ................................................. MAR
    School Board .......................................................... JR
    Voter Registration ................................................. AVOT
    Other Administrative Appeal .............................. AAPL
Appointment
    Conservator of Peace .......................................... COP
    Church Trustee ..................................................... AOCT
    Custodian/Successor Custodian (UTMA) ......... UTMA
    Guardian/Conservator ........................................ APPT
    Marriage Celebrant .............................................. ROMC
    Standby Guardian/Conservator ......................... STND
Approval of Transfer of Structured Settlement .......... SS
Asbestos Litigation .................................................... AL
Attachment ................................................................. ATT
Bond Forfeiture Appeal ............................................. BFA
Child Abuse and Neglect – Unfounded Complaint .. CAN
Civil Contempt ........................................................... CCON
Claim Impleading Third Party Defendant –
    Monetary Damages/No Monetary Damages ........... CTP
Complaint – (Miscellaneous) ..................................... COM
Compromise Settlement ............................................ COMP
Condemnation ............................................................ COND
Confessed Judgment .................................................. CJ
Contract Action .......................................................... CNTR
Contract Specific Performance ................................. PERF
Counterclaim – Monetary Damages/No Monetary
    Damages ................................................................ CC
Cross Claim ................................................................ CROS
Declaratory Judgment ............................................... DECL
Declare Death ............................................................. DDTH
Detinue ........................................................................ DET
Divorce
    Complaint – Contested/Uncontested ................. DIV
    Counterclaim/Responsive Pleading .................. DCRP
    Reinstatement – Custody/Visitation/Support/
        Equitable Distribution .................................... CVS
Driving Privileges
    Reinstatement pursuant to § 46.2-427 ............... DRIV
    Restoration – 3rd Offense ..................................... REST

Ejectment ..................................................................... EJET
Encumber/Sell Real Estate ........................................... RE
Enforce Vendor's Lien .................................................. VEND
Escheatment ................................................................. ESC
Establish Boundaries ................................................... ESTB
Expungement ............................................................... XPUN
Forfeiture of Property or Money ................................. FORF
Freedom of Information .............................................. FOI
Garnishment ................................................................. GARN
Injunction ..................................................................... INJ
Intentional Tort ............................................................ ITOR
Interdiction .................................................................. INTD
Interpleader ................................................................. INTP
Interrogatory ............................................................... INTR
Judgment Lien – Bill to Enforce ................................ LIEN
Landlord/Tenant .......................................................... LT
Law Enforcement/Public Official Petition ............... LEP
Mechanics Lien ............................................................ MECH
Medical Malpractice ................................................... MED
Motor Vehicle Tort ....................................................... MV
Name Change ............................................................... NC
Other General Tort Liability ...................................... GTOR
Partition ....................................................................... PART
Permit, Unconstitutional Grant/Denial by Locality LUC
Petition – (Miscellaneous) .......................................... PET
Product Liability ......................................................... PROD
Quiet Title ................................................................... QT
Referendum Elections ................................................ ELEC
Reinstatement (Other than divorce or driving
    privileges) ............................................................. REIN
Removal of Case to Federal Court ............................ REM
Restore Firearms Rights – Felony ............................. RFRF
Restore Firearms Rights – Review ............................ RFRR
Separate Maintenance ................................................ SEP
Separate Maintenance – Counterclaim/Responsive
    Pleading ................................................................. SCRP
Sever Order ................................................................. SEVR
Sex Change .................................................................. COS
Taxes
    Correct Erroneous State/Local ........................... CTAX
    Delinquent ............................................................ DTAX
Termination of Mineral Rights .................................. MIN
Trust – Impress/Declare/Create ................................. TRST
Trust – Reformation ................................................... REFT
Uniform Foreign Country Money Judgments ......... RFCJ
Unlawful Detainer ...................................................... UD
Vehicle Confiscation ................................................... VEH
Violation – Election Law ............................................ VEL
Voting Rights – Restoration ....................................... VOTE
Will Construction ....................................................... CNST
Will Contested ............................................................ WILL
Writs
    Certiorari .............................................................. WC
    Habeas Corpus ..................................................... WHC
    Mandamus ............................................................ WM
    Prohibition ............................................................ WP
    Quo Warranto ....................................................... WQW
Wrongful Death ........................................................... WD



**OFFICIAL RECEIPT**
**WYTHE CIRCUIT COURT**
**CIVIL**

| | |
|---|---|
| DATE : 10/13/2023 | TIME : 13:18:21 |
| RECEIPT # : 23000008261 | TRANSACTION # : 23101300025 |
| CASHIER : KSC | REGISTER # : C986 |

CASE # : 197CL2300129900

FILING TYPE : COM   PAYMENT : FULL PAYMENT

CASE COMMENTS : WORKMAN, JAMES EDWARD v. LHC GROUP INC
SUIT AMOUNT : $5,000,000.00
ACCOUNT OF : WORKMAN, JAMES EDWARD
PAID BY : STRELKA LAW OFFICE PC
CHECK : $344.00     CHECK NUMBER : 2572
DESCRIPTION 1 : COM:COMPLAINT - NO MONETARY DAMAGES
           2 : PLAINTIFF: WORKMAN, JAMES EDWARD
           3 : NO HEARING SCHEDULED

| ACCOUNT CODE | DESCRIPTION | PAID | ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 | 170 | COURT TECHNOLOGY FUND | $10.00 |
| 106 | TECHNOLOGY TRST FND | $5.00 | 219 | LAW LIBRARY | $4.00 |
| 123 | LEGAL AID SERVICES | $9.00 | 304 | CIVIL FILING FEE (LAW & EQUITY) | $290.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 | | | |

TENDERED : $    344.00
AMOUNT PAID : $    344.00