CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

July 29, 2024

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| JAMES EDWARD WORKMAN, | ) |
| Plaintiff, | ) Case No. 1:23-cv-048 |
| v. | ) By: Michael F. Urbanski |
| | ) Senior United States District Judge |
| LHC GROUP, INC., | ) |
| Defendant. | ) |

### ORDER

For the reasons set forth in the accompanying memorandum opinion, defendant LHC Group, Inc.'s motion to dismiss plaintiff James Edward Workman's amended complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), ECF No. 25, is **GRANTED**. Defendant's motion to dismiss the initial complaint, ECF No. 13, is **DENIED as moot**.

The amended complaint is **DISMISSED without prejudice**. Workman is granted leave of court to file a second amended complaint within thirty (30) days. If a second amended complaint is not filed within thirty (30) days, the Clerk is **DIRECTED** to strike this case from the docket of the court.

It is **SO ORDERED**.

Entered: July 26, 2024

Michael F. Urbanski
Senior United States District Judge

1